ORDERED in the Southern District of Florida on 02/18/10



_____
Raymond B. Ray, Judge
United States Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

|  |  |
|---|---|
| In re:<br>OCEANS CASINO CRUISES, INC.<br>　TAX ID #20-0615257<br><br>　　　　Debtor.<br>_____/ | Jointly Administered<br>Case No(s), Names, and Chapter(s)<br><br>Case No.: 09-38645-RBR<br><br>Chapter 7 |
| In re:<br>VENTURES SOUTH CAROLINA, L.L.C.<br>　TAX ID # 52-2266250<br><br>　　　　Debtor.<br>_____/ | Case No.: 09-38652-RBR<br><br>Chapter 7 |
| In re:<br>VESSEL CASINO, INC<br>　TAX ID # 20-0614608<br><br>　　　　Debtor.<br>_____/ | Case No.: 09-38657-RBR<br><br>Chapter 7 |

**AGREED ORDER GRANTING MOTION
OF SUSAN PAGE FOR RELIEF FROM AUTOMATIC STAY**

Page 1 of 2

THIS CAUSE came on before the Court on the Motion by Susan Page for Relief From Automatic Stay so that she may pursue her personal injury claim against the Debtor in her State Court action entitled: Susan Page vs. Ventures South Carolina, L.L.C. d/b/a Suncruz Casinos with Case No: 08-024019 filed in the Broward County Circuit Court. The movant is seeking to liquidate her claim in State court and to proceed against any available insurance proceeds. The Court having reviewed the motion and there being no objection to the entry of this Order by the attorney for the Trustee,

Accordingly it is

**ORDERED** that:

1. The Motion For Relief From Automatic Stay by the Movant, Susan Page, is hereby GRANTED.

2. The Movant shall be entitled to proceed with her State court action to liquidate her claim.

### # # #

**Submitted by:**

Andrew L. Waks, Esq.
WAKS & BARNETT, P.A.
9900 SW 107th Ave., #101
Miami, Fl 33176
Tel: (305) 271-8282
Fax: (305) 595-9775
Email - Waksbar@aol.com

Andrew L. Waks shall serve a copy of the signed order on all parties entitled to service thereof and file with the court a certificate of service conforming with Local Rule 2002-1 (F).